NOT FOR PUBLICATION



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DE JESUS CORTEZ CANALES,<br><br>Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>Respondent. | No.   10-72783<br><br>Agency No. A094-374-872<br><br>ORDER<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted May 7, 2013
Submission Withdrawn June 23, 2015
Resubmitted January 6, 2017
Pasadena, California

Before:  PREGERSON and FISHER, Circuit Judges, and GWIN,** District Judge.

This case is ordered resubmitted January 6, 2017.

The parties' joint motion for voluntary dismissal (Dkt. 55), filed December 19,

2016, is **GRANTED**.  The petition is dismissed with prejudice.  Each party shall bear its

---

*This disposition is not appropriate for publication and is not precedent except as
provided by Ninth Circuit Rule 36-3.

**The Honorable James S. Gwin, United States District Judge for the Northern
District of Ohio, sitting by designation.

own fees and costs.  This order constitutes the mandate of this court, and the mandate shall issue forthwith.